UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJON DEANDRE WALKER,<br><br>        Petitioner,<br><br>   v.<br><br>FRED FIGUEROA, Warden,<br><br>        Respondent. | NO. EDCV 15-1443-JVS (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 2, 2016

                                            JAMES V. SELNA<br>
                                   United States District Judge